IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and WISCONSIN ALUMNI RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 09-884 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER OF DISMISSAL, WITHOUT PREJUDICE, OF COUNTERCLAIMS

This matter, having come before the Court on the parties' Stipulation of Dismissal, Without Prejudice, of Counts 1 and 2 of the Counterclaims of Teva Pharmaceuticals USA, Inc. and Counts 1 and 2 of the Counterclaims of Teva Parenteral Medicines, Inc.;

IT IS HEREBY ORDERED that Count 1 of the Counterclaims of Teva Pharmaceuticals USA, Inc., seeking a declaration of non-infringement of United States Patent No. 6,361,758; Count 2 of the Counterclaims of Teva Pharmaceuticals USA, Inc., seeking a declaration of invalidity of United States Patent No. 6,361,758; Count 1 of the Counterclaims of Teva Parenteral Medicines, Inc., seeking a declaration of non-infringement of United States Patent No. 6,361,758; and Count 2 of the Counterclaims of Teva Parenteral Medicines, Inc., seeking a declaration of invalidity of United States Patent No. 6,361,758 hereby are DISMISSED WITHOUT PREJUDICE.

_2/18/10_
DATE

_____
CHIEF UNITED STATES DISTRICT JUDGE

3389273